# State of Rhode Island Appeals Cover Sheet
## Volumes: 1 - 5
### Trial Court Case Number: WC-2022-0491

**Appeal Index**

| Date: | Document Description | Page Number | Volume |
|---|---|---|---|
| 03/13/2023 | Clerk's Certificate | 1 - 1 | 1 |
| 03/07/2023 | Docket Sheet | 2 - 4 | 1 |
| 03/05/2023 | Motion to Withdraw | 5 - 6 | 1 |
| 03/01/2023 | Notice of Removal_Email Notice | 9 - 10 | 1 |
| 03/01/2023 | Notice of Removal | 7 - 8 | 1 |
| 02/22/2023 | Summons_Wayne Pimental | 14 - 16 | 1 |
| 02/22/2023 | Summons_David Greene | 17 - 19 | 1 |
| 02/22/2023 | Summons_Christine Spagnoli | 11 - 13 | 1 |
| 02/22/2023 | Amended Complaint Filed | 20 - 44 | 1 |
| 02/15/2023 | Proposed Order (Judge Taft-Carter) | 45 - 47 | 1 |
| 02/07/2023 | Motion to Amend_Second Amended Complaint | 48 - 72 | 1 |
| 02/07/2023 | Motion to Amend | 73 - 74 | 1 |
| 01/31/2023 | Proposed Order (Judge Taft-Carter) | 75 - 76 | 1 |
| 01/27/2023 | Notice | 77 - 78 | 2 |
| 01/09/2023 | Memorandum Filed_Plaintiff's Reply | 79 - 94 | 2 |
| 01/09/2023 | Memorandum Filed_Ex P | 105 - 140 | 2 |

| 01/09/2023 | Memorandum Filed_Ex O | 103 - 104 | 2 |
| 01/09/2023 | Memorandum Filed_Ex N | 101 - 102 | 2 |
| 01/09/2023 | Memorandum Filed_Ex M | 95 - 100 | 2 |
| 01/05/2023 | Entry of Appearance | 141 - 141 | 2 |
| 01/04/2023 | Memorandum Filed | 142 - 167 | 3 |
| 01/04/2023 | Objection to Motion | 168 - 169 | 3 |
| 01/04/2023 | Entry of Appearance | 170 - 170 | 3 |
| 01/04/2023 | Entry of Appearance | 171 - 171 | 3 |
| 12/20/2022 | Motion for Relief_Transcript/Ex L | 251 - 253 | 4 |
| 12/20/2022 | Motion for Relief_Ex K | 249 - 250 | 4 |
| 12/20/2022 | Motion for Relief_Ex J | 247 - 248 | 4 |
| 12/20/2022 | Motion for Relief_Ex I | 245 - 246 | 4 |
| 12/20/2022 | Motion for Relief_Ex H | 243 - 244 | 4 |
| 12/20/2022 | Motion for Relief_Ex G | 241 - 242 | 4 |
| 12/20/2022 | Motion for Relief_Ex F | 239 - 240 | 4 |
| 12/20/2022 | Motion for Relief_Ex E | 237 - 238 | 4 |
| 12/20/2022 | Motion for Relief_Ex D | 233 - 236 | 4 |
| 12/20/2022 | Motion for Relief_Ex C | 209 - 232 | 4 |
| 12/20/2022 | Motion for Relief_Ex B | 200 - 208 | 3 |
| 12/20/2022 | Motion for Relief_Ex A | 198 - 199 | 3 |
| 12/20/2022 | Motion for Relief | 172 - 197 | 3 |
| 12/20/2022 | Omnibus Form | 254 - 254 | 4 |
| 12/16/2022 | Summons_Wayne Pimental | 261 - 263 | 4 |

| 12/16/2022 | Summons_David Greene | 255 - 257 | 4 |
| 12/16/2022 | Summons_Christine Spagnoli | 258 - 260 | 4 |
| 12/16/2022 | Amended Complaint Filed_Ex A | 276 - 283 | 4 |
| 12/16/2022 | Amended Complaint Filed | 264 - 275 | 4 |
| 12/13/2022 | Waiver of Service of Summons Filed | 284 - 285 | 5 |
| 12/07/2022 | Summons_Wayne Pimental: | 292 - 294 | 5 |
| 12/07/2022 | Summons_Town of Narragansett | 295 - 297 | 5 |
| 12/07/2022 | Summons_David Greene | 289 - 291 | 5 |
| 12/07/2022 | Summons_Christine Spagnoli | 286 - 288 | 5 |
| 12/06/2022 | Complaint Filed_Ex F | 321 - 322 | 5 |
| 12/06/2022 | Complaint Filed_Ex E | 319 - 320 | 5 |
| 12/06/2022 | Complaint Filed_Ex D | 317 - 318 | 5 |
| 12/06/2022 | Complaint Filed_Ex C | 315 - 316 | 5 |
| 12/06/2022 | Complaint Filed_Ex B | 313 - 314 | 5 |
| 12/06/2022 | Complaint Filed_Ex A | 311 - 312 | 5 |
| 12/06/2022 | Complaint Filed | 298 - 310 | 5 |

**Total Number of pages**     322